PER CURIAM.
Affirmed. Knabb v. Reconstruction Fin. Corp., 144 Fla. 110, 197 So. 707 (1940); Burnett v. Brito, 478 So.2d 845, 847 (Fla. 3d DCA 1985); Fidelity & Casualty Co. v. Britt, 393 So.2d 41 (Fla. 3d DCA 1981); Mogul v. McClaskey Realty, Inc., 309 So.2d 254 (Fla. 4th DCA), cert. denied, 324 So.2d 87 (Fla.1975); Kitsos v. Stanford, 291 So.2d 632 (Fla. 3d DCA), cert. denied, 307 So.2d 447 (Fla.1974); Leeb v. Read, 190 So.2d 830 (Fla. 3d DCA 1966); Restate- *26 merit of Contracts § 61; Restatement (Second) of Contracts § 242 comment (d).